Appeal No. 06-15-00086-CR-06-15-00089-CR

In The

Sixth Court g Appeals

At Texarkana, Texas

RECEIVED IN
The Court of Appeals
Sixth District

JUL 3 1 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

JUL 3 T 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Samuel Moses Williams
Appellant,
V.
The State g Texas
Appellee

Appeal g Cause Number 1421392-1421395 From The

Judicial District Court Of _____Hopkins_____ County

First Motion For Extension Of Time To File

Appellants' PRO SE BREIF Or Response To Ander's Brief

To The Honorable Justices g The Court g Appeals:

Comes now Samuel Moses Williams, Appellant pro se, and respectfully moves the Court to extend the deadline for filing his brief or response by thirty days. In support, Appellant would show the following:

I

On April 7, 2015 the jury (or judge) found Appellant guilty g Sexual indecency with a child. The jury (or judge) assessed punishment at 40 years imprisonment in the Texas Department g Criminal Justice

## II

On July 4, 2015 the Appellant recieved notice by mail that his appeal attorney filed an Anders brief on his behalf and notice that Appellant had a right to file a pro se brief or response to the Anders brief.

## III

On July 4, 2015, the Appellate record was first made available to Appellant. The deadline for filing Appellant's brief or response is Aug. 13. 2015

## IV

This is Appellant's first request for extension. Appellant is unable to meet the deadline for the following reasons: (limited resources to study law, limited legal knowledge and representation pro se. Need to research my responsibilities and obligation to the Courts)

## V.

For the reasons stated above, Appellant respectfully requests an additional thirty days to complete the pro se brief or response in support of Appellants' appeal.

## VI

Appellant prays that the Court grant this motion and extend the time to file Appellant's pro se brief or response by thirty days, extending the deadline to September 12, 2015.

③

Respectfully Submitted,

Samuel Moses Williams

Appellant, Pro se

1385 FM 3328

Palestine, Tx 75803

## Certificate of Service

I hereby Certify that on __July 28th__, 2015, a true and Correct copy of Appellants' motion for extension to file his brief or response was mailed to the attorney for the State by U.S. First Class mail addressed to __Debra K.__ __Aubrey__ at __Bi-State Justice Building 100 North State Line Avenue #2__ __Texarkana, Texas 75501__

__Samuel Moses Williams__
Appellant prose

I, __Samuel Moses Williams__, TDCJ# __1997053__, being presently incarcerated in the __Gurney Unit__ of the Texas Department of Criminal Justice - Institutional Division in __Anderson__ County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the __29th__ day of __July, 2015__

__Samuel Moses Williams__
__Gurney Unit__, TDCJ# __1997053__